EDWARD J. RODZEWICH, ESQ. – State Bar No. 159466
**STRATMAN, SWARTZ & WILLIAMS-ABREGO**
Mailing Address
P.O. Box 258829
Oklahoma City, OK 73125-8829
Physical Address
505 14th Street, Suite 400
Oakland, CA 94612-1913
Phone:  (510) 457-3440
Email: edward.rodzewich@farmersinsurance.com

Attorney for Defendant Robert Kuan, as an individual, and as the trustee for the Robert Kuan Estate Trust at 367 14th Avenue San Francisco California 94118

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Pennybaker, Zachary Sturgeon, Adam Flaum and Robyn Hill,<br><br>Plaintiffs,<br><br>vs.<br><br>Robert Kuan, Robert Kuan Estate Trust, and the Davis Realty Company,<br><br>Defendants. | Case No.: 3:20-CV-01668<br>UNLIMITED JURISDICTION<br><br>**JOINT FURTHER CASE MANAGEMENT STATEMENT**<br><br>**Date: January 14, 2021**<br>**Time: 10:30am**<br><br>**Judge : Hon. Edward M. Chen** |

     Plaintiffs Steven Pennybaker, Zachary Sturgeon, Adam Flaum, and Robyn Hill, along with defendants Robert Kuan, Robert Kuan Estate Trust, and the Davis Realty Company, through their undersigned counsel, now file this joint further case management statement.

     This matter has now settled, a release has been signed, and all consideration has been paid.

     With Court approval, the parties stipulate to dismiss the above entitled action, in its entirety, with prejudice.

| | | |
|---|---|---|
| DATED:  January 5, 2021 | | LAW OFFICES OF THOMAS WEITHORN |
| | BY: | *THOMAS WEITHORN (electronically signed)* |
| | | THOMAS WEITHORN, ESQ.<br>Attorney for Plaintiffs Steven Pennybaker, Zachary Sturgeon, Adam Flaum, and Robyn Hill |
| DATED:  January 5, 2021 | | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | BY: | *GARTH N. WARD (electronically signed)* |
| | | GARTH N. WARD, ESQ.<br>Attorney for Defendant Davis Realty Company |
| DATED:  January 5, 2021 | | STRATMAN, SWARTZ, & WILLIAMS-ABREGO |
| | BY: | *[signature: Edward J. Rodzewich]* |
| | | EDWARD J. RODZEWICH, ESQ.<br>Attorney for Defendant Robert Kuan as an individual, and as trustee for the Robert Kuan Estate Trust at 367 14th Avenue San Francisco California 94118 |

**GRANTED**

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

*[signature]*
Judge Edward M. Chen

Dated: January 11, 2021

---

JOINT FURTHER CASE MANAGEMENT STATEMENT

Re: <u>Pennybaker, et al. v. Kuan, et al.</u>
Case Number: 3:20-cv-01668

## PROOF OF SERVICE

     I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is PO Box 258829, Oklahoma City, OK 73125-8829. On January 11, 2021, I served the following document(s):

## JOINT DEFENSE CASE MANAGEMENT STATEMENT

     By electronic service, through the ECF/PACER system pursuant to local rules.
The following attorneys were served:

Thomas Wiethorn, Esq.
Law Offices of Thomas Wiethorn
9155 Judicial Drive, Suite 5510
San Diego, CA 92122
Attorney for Plaintiffs, Steven Pennybaker, Zachary Sturgeon, Adam Flaum and Robyn Hill
Phone: (248) 396-1662
tw6286@student.american.edu

Garth N. Ward, Esq.
Jonna D. Lothyan, Esq.
Lewis Brisbois Bisgaard & Smith LLP
701 B Street, Suite 1900
San Diego, CA 92101
Phone: (619) 233-1066
Garth.Ward@Lewisbrisbois.com
Jonna.Lothyan@lewisbrisbois.com

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

     Executed on January 11, 2021, at Oakland, California.

                                           ADRIANA CADENA